ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : **INFORMATION**

    - v. - : 19 Cr.

ANTHONY GIVENS,

                   Defendant.

- - - - - - - - - - - - - - - - - x

19 CRIM 214

JUDGE KAPLAN

## COUNT ONE
(Conspiracy to Commit Bank Fraud)

The United States Attorney charges:

1. From at least in or about October 2018 up to and including at least in or about December 2018, in the Southern District of New York and elsewhere, ANTHONY GIVENS, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and object of the conspiracy that ANTHONY GIVENS, the defendant, and others known and unknown, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2019

Corporation ("FDIC"), and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
(Bank Fraud)

The United States Attorney further charges:

3. From at least in or about October 2018 up to and including in or about December 2018, in the Southern District of New York and elsewhere, ANTHONY GIVENS, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the FDIC, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, GIVENS deposited stolen, forged, and / or altered checks at an FDIC-insured bank in the Bronx, New York.

(Title 18, United States Code, Sections 1344 and 2.)

**FORFEITURE ALLEGATION**

4. As the result of committing the offense alleged in Count Two of this Information, ANTHONY GIVENS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A) any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

5. If any of the forfeitable property described above in paragraph four of this Information, as a result of any act or omission of ANTHONY GIVENS, the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 982,
   Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

*[signature]*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY GIVENS,

Defendant.

INFORMATION

19 Cr.

(Title 18, United States Code,
Sections 1344, 1349, and 2)

GEOFFREY S. BERMAN
United States Attorney