**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2019

By ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

**Re:  United States v. Anthony Givens, 19 Cr. 214 (LAK)**

Dear Judge Kaplan:

I write to respectfully request that the Court order the Probation Office to disclose documents in its case file relevant to Anthony Givens's criminal history. The first-disclosure PSR contains a different Criminal History Category calculation than that in the parties' plea agreement; the requested records are necessary for Mr. Givens to determine whether he might challenge the PSR's finding. The Probation Office has informed me that it can release such records only pursuant to a Court order. The Government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   AUSA Peter J. Davis, Esq.
      USPO Stephanie M. McMahon